AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## Eastern District of Washington

MONTE HOISINGTON,

        Plaintiff,

        v.

WILLIAM D. ACEY and JOHN SNYDER,

        Defendants.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: CV-11-208-RMP

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came to hearing before the Court. The issues have been heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED: Plaintiff's civil rights complaint pursuant to 42 U.S.C. § 1983 is DISMISSED without prejudice to Plaintiff filing an appropriate state court action and eventual federal habeas action.

| | |
|---|---|
| June 29, 2011 | JAMES R. LARSEN |
| *Date* | *Clerk* |
| | s/ Sheila Parpolia |
| | *(By) Deputy Clerk* |
| | Sheila Parpolia |